Filing # 122571945 E-Filed 03/05/2021 11:22:51 AM

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:

DIVISION:

ELEANOR MARIE DAVIS,
JEANIE JOSEPHINE FORD,

    Plaintiffs,

vs.

AMAZON LOGISTICS, INC.,

    Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiffs, ELEANOR MARIE DAVIS and JEANIE JOSEPHINE FORD, by and through their undersigned counsels, hereby files this Complaint and Demand for Jury Trial against Defendant, AMAZON LOGISTICS, INC., and alleges as follows:

### GENERAL ALLEGATIONS

1. This is an action for damages in excess of $30,000.00, exclusive of attorneys' fees, interest and costs, and Plaintiffs hereby demand a trial by jury; accordingly, although to file this complaint, undersigned counsel is being required by order of the Supreme Court of Florida to contemporaneously complete a civil cover sheet with a dollar figure as an estimated amount of claim for data collection and clerical processing purposes only, the full monetary value of the damages suffered by Plaintiffs is yet to be determined and will be decided in a verdict by the jury that judges the facts of this action in compliance with Article I, Section 21, Florida Constitution.

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 03/05/2021 03:48:36 PM

2. At all times material to this action, Plaintiff, ELEANOR MARIE DAVIS, was a resident of Duval County, Florida.

3. At all times material to this action, Plaintiff, JEANIE JOSEPHINE FORD, was a resident of Duval County, Florida.

4. At all times material to this action, Robean Mellanie Morris was a resident of Duval County, Florida.

5. At all times material to this action, Defendant, AMAZON LOGISTICS, INC., was a Foreign Profit Corporation authorized to do business and doing business in the State of Florida.

6. On or about March 31, 2019, at approximately 5:12 PM, Plaintiff, ELEANOR MARIE DAVIS, was lawfully operating a 2006 Dodge Grand Caravan, owned by Plaintiff, JEANIE JOSEPHINE FORD.

7. At that time and place, Plaintiff JEANIE JOSEPHINE FORD, was a passenger in her lawfully owned 2006 Dodge Grand Caravan.

8. At that time and place, Plaintiff, ELEANOR MARIE DAVIS, stopped for traffic while traveling eastbound in the 10500 block of Heckscher Drive (S.R. 105), located in Jacksonville, Duval County, Florida.

9. At that time and place, Robean Mellanie Morris was operating a 2015 Toyota Camry, owned by Carol Morris.

10. At that time and place, Robean Mellanie Morris was driving and operating the 2015 Toyota Camry for the sole purpose of serving the business interests of Defendant, AMAZON LOGISTICS, INC.

11. At that time and place, Robean Mellanie Morris was travelling eastbound on Heckscher Drive in Jacksonville, Duval County, Florida, directly behind Plaintiffs, ELEANOR MARIE DAVIS and JEANIE JOSEPHINE FORD.

12. At that time and place, Robean Mellanie Morris, negligently operated and/or maintained the 2015 Toyota Camry so that she caused a collision with Plaintiffs' 2006 Dodge Grand Caravan, thereby causing Plaintiffs, ELEANOR MARIE DAVIS and JEANIE JOSEPHINE FORD, to sustain serious injuries.

13. Robean Mellanie Morris was issued a citation for Careless Driving in violation of Section 316.1925(1), Florida Statutes, and court ordered to attend driver improvement school.

## COUNT I – CLAIM OF PLAINTIFF ELEANOR MARIE DAVIS FOR VICARIOUS LIABILITY AGAINST DEFENDANT, AMAZON LOGISTICS, INC.

Plaintiff, ELEANOR MARIE DAVIS, hereby incorporates by reference paragraphs one (1) through thirteen (13) as if set forth fully herein and further alleges:

14. At that time and place, Robean Mellanie Morris was operating the 2015 Toyota Camry during the course and scope of her employment with Defendant, AMAZON LOGISTICS, INC.

15. At that time and place, Robean Mellanie Morris was operating and driving the 2015 Toyota Camry with the permission and consent of its owner, Carol Morris.

16. At all relevant times, Robean Mellanie Morris was the employee, agent, servant, and/or statutory employee for Defendant, AMAZON LOGISTICS, INC., operating for the benefit of, in furtherance of the interests of and/or within the course and scope of her employment with Defendant, AMAZON LOGISTICS, INC. Accordingly, Defendant, AMAZON LOGISTICS, INC., is vicariously liable for the acts of Robean Mellanie Morris. Regardless of the employment

or agency relationship, Defendant, AMAZON LOGISTICS, INC., is responsible for the acts of Robean Mellanie Morris.

17. Defendant, AMAZON LOGISTICS, INC., is vicariously liable for the negligence of Robean Mellanie Morris, pursuant to the Florida Dangerous Instrumentality Doctrine.

18. As a direct and proximate cause of Robean Mellanie Morris' negligence, Plaintiff, ELEANOR MARIE DAVIS, suffered or incurred significant and permanent loss of an important bodily function and/or permanent and significant scarring; permanent injury within a reasonable degree of medical probability other than scarring or disfigurement; aggravation or activation of an existing disease or physical defect; pain, suffering, disability, physical impairment, mental anguish, inconvenience, and a loss of capacity for the enjoyment of life; expenses of medical care and treatment in the past and in the future; and loss of wages and/or loss of earning capacity in the future.

19. All losses are continuing and/or permanent.

20. Plaintiff will suffer or incur the injuries, expenses and impairment in the future.

**WHEREFORE**, Plaintiff, ELEANOR MARIE DAVIS, demands judgment for damages against Defendant, AMAZON LOGISTICS, INC., and other such relief deemed proper by the Court.

### COUNT II – CLAIM OF PLAINTIFF JEANIE JOSEPHINE FORD FOR VICARIOUS LIABILITY AGAINST DEFENDANT, AMAZON LOGISTICS, INC.

Plaintiff, JEANIE JOSEPHINE FORD, hereby incorporates by reference paragraphs one (1) through thirteen (13) as if set forth fully herein and further alleges:

21. At that time and place, Robean Mellanie Morris was operating the 2015 Toyota Camry during the course and scope of her employment with Defendant, AMAZON LOGISTICS, INC.

22. At that time and place, Robean Mellanie Morris was operating and driving the 2015 Toyota Camry with the permission and consent of its owner, Carol Morris.

23. At all relevant times, Robean Mellanie Morris was the employee, agent, servant, and/or statutory employee for Defendant, AMAZON LOGISTICS, INC., operating for the benefit of, in furtherance of the interests of and/or within the course and scope of his employment with Defendant, AMAZON LOGISTICS, INC. Accordingly, Defendant, AMAZON LOGISTICS, INC., is vicariously liable for the acts of Robean Mellanie Morris. Regardless of the employment or agency relationship, Defendant, AMAZON LOGISTICS, INC., is responsible for the acts of Robean Mellanie Morris.

24. Defendant, AMAZON LOGISTICS, INC., is vicariously liable for the negligence of Robean Mellanie Morris, pursuant to the Florida Dangerous Instrumentality Doctrine.

25. As a direct and proximate cause of Robean Mellanie Morris' negligence, Plaintiff, JEANIE JOSEPHINE FORD, suffered or incurred significant and permanent loss of an important bodily function and/or permanent and significant scarring; permanent injury within a reasonable degree of medical probability other than scarring or disfigurement; aggravation or activation of an existing disease or physical defect; pain, suffering, disability, physical impairment, mental anguish, inconvenience, and a loss of capacity for the enjoyment of life; expenses of medical care and treatment in the past and in the future; and loss of wages and/or loss of earning capacity in the future.

26. All losses are continuing and/or permanent.

27. Plaintiff will suffer or incur the injuries, expenses and impairment in the future.

**WHEREFORE**, Plaintiff, JEANIE JOSEPHINE FORD, demands judgment for damages against Defendant, AMAZON LOGISTICS, INC., and other such relief deemed proper by the Court.

### DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a jury trial for all issues so triable.

Dated this 5th day of March, 2021.

Respectfully Submitted,

/s/ Ann E. Finnell

Ann Finnell, Esq.
Florida Bar No.: 270040
BeJae Shelton, Esq.
Florida Bar No.: 0100016
**FINNELL, McGUINNESS,
NEZAMI & ANDUX, P.A.**
2114 Oak Street
Jacksonville, FL 32204
Phone: (904) 791-1101
Fax: (904) 791-1102
Email: BShelton@fmnlawyers.com
Email: AFinnell@fmnlawyers.com
Pleadings@fmnlawyers.com
Attorneys for Plaintiffs